883 A.2d 350

IN THE MATTER OF THOMAS A. GIAMANCO, AN ATTORNEY AT LAW (ATTORNEY NO. 013451983)

October 7, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–103, concluding that **THOMAS A. GIAMANCO** of **RIDGEWOOD**, who was admitted to the bar of this State in 1983, should be censured for violating *RPC* 1.3 (lack of diligence), *RPC* 1.7(b) (conflict of interest), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that THOMAS A. GIAMANCO is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.